**Carla Mariana ORTEGA MARTINEZ, Petitioner**

v.

**Eric H. HOLDER, Jr., U.S. Attorney General, Respondent.**

No. 09–60658

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 22, 2010.

Carla Mariana Ortega Martinez, Los Angeles, CA, pro se.

Theodore C. Hirt, Tangerlia Cox, U.S. Department of Justice, Office of Immigration Litigation Washington, DC, for Respondent.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before KING, STEWART, and HAYNES, Circuit Judges.

PER CURIAM: *

Carla Mariana Ortega Martinez (Ortega), a native and citizen of Mexico, has filed a petition for review of the order of the Board of Immigration Appeals (BIA) dismissing her appeal of the immigration judge's denial of her motion to reopen removal proceedings. Ortega argues that the BIA abused its discretion and violated her due process rights by dismissing her appeal from the immigration judge's denial of her motion to reopen because her claim of ineffective assistance of counsel was meritorious. The Respondent has moved for summary affirmance.

The immigration judge and the BIA both ruled that Ortega's motion to reopen was barred because she had departed the United States before the motion to reopen was filed. Ortega does not address this issue and, thus, has abandoned the only issue properly before this court. *See Soadjede v. Ashcroft*, 324 F.3d 830, 833 (5th Cir.2003).

PETITION FOR REVIEW DENIED; MOTION FOR SUMMARY AFFIRMANCE GRANTED.

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.